

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00121-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.C., A MINOR CHILD | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-648427-18) |
| | § | June 2, 2022 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final order. It is ordered that the final order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
      Justice Elizabeth Kerr